UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUDITH DRAINVILLE and ROBERT DRAINVILLE )<br>     Plaintiffs,     )<br>                                       )<br>v.                                    )<br>                                       )<br>LINCOLN COMMONS OWNER, LLC, )<br>d/b/a ACADIA REALTY TRUST      )<br>     Defendants.                  ) | C.A. NO:<br><br>COMPLAINT AND JURY DEMAND |

## COMPLAINT

The Plaintiffs, Judith Drainville and Robert Drainville, bring this Complaint against Defendant, Lincoln Commons Owner, LLC d/b/a Acadia Realty Trust and allege as follows:

1. This is a personal injury action pursuant to Rhode Island State Law. It arises out of and relates to a fall which occurred on January 26, 2021, upon the Defendant's premises located at 622 George Washington Highway, Lincoln, Rhode Island. At all times relevant hereto, Lincoln Commons Owner, LLC was the owner and or in control of the common areas at 622 George Washington Highway, Lincoln, Rhode Island (the Premises). Judith Drainville and her husband Robert Drainville were upon the premises as business invites to this general sales Mall open to the general public. Mr. & Mrs. Drainville had just left the HomeGoods Store and were traversing the common area sidewalk headed back to their motor vehicle when they encountered a defective condition on the sidewalk causing Mrs. Drainville to fall, sustaining serious personal injuries.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) as the action is between a citizen of a state and a citizen or subject of a foreign state and the amount in controversy exceeds $75,000.00, exclusive of interests and costs, thus satisfying the requirements of complete diversity.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to the claim occurred in this District.

## PARTIES

4. Plaintiff, Judith Drainville, is a resident of Blackstone, Massachusetts.

5. Plaintiff, Robert Drainville, is a resident of Blackstone, Massachusetts.

6. Defendant, Lincoln Commons Owner, LLC, upon information and belief, is a foreign limited liability company authorized and registered in the State of Rhode Island, doing business as Acadia Realty Trust and is the owner of the premises with all improvements located thereon and known as the Lincoln Commons, 622 George Washington Highway, Lincoln, Rhode Island, with a principal place of business at 411 Theodore Fernd Avenue, Suite 300, Rye, New York.

## COUNT I

7. Plaintiffs, hereby incorporate and re-allege the above paragraphs.

8. On or about January 26, 2021, the Defendant, Lincoln Commons Owner, LLC, was the owner and / or otherwise in control of the common areas upon the premises located at 622 George Washington Highway, Lincoln, Rhode Island.

9. On or about January 26, 2021, the Plaintiff, Judith Drainville, while at all times exercising due care and caution for her own safety, and as a lawful business invitee upon the premises of the Defendant located at 622 George Washington Highway, Lincoln, Rhode Island fell when she encountered a dangerous and hazardous condition upon the public area sidewalk/walkway.



10. Defendant, Lincoln Commons Owner, LLC, its agents, servants, and/or employees knew or in the exercise of due care should have known the Plaintiff, Judith Drainville, and/or others in the Plaintiff's position would have been upon said premises.

11. Defendant, Lincoln Commons Owner, LLC, its agents, servants, and/or employees were under a duty to keep the premises safe, free from defects, free from obstacles, safe for the intent and purposes of said premises, properly repaired and properly supervised.

12. Defendant, Lincoln Commons Owner, LLC, its agents, servants, and or employees were under a duty to exercise reasonable care to keep the property free from defects, foreign substances, and hazardous conditions, and to warn others reasonably expected to be upon the premises.

13. Defendant, Lincoln Commons Owner, LLC, its agents, servants, and or employees were under a duty to exercise reasonable care to protect the Plaintiff by inspection, and other affirmative acts, from injuries resulting from dangerous and unsafe conditions thereby resulting.

14. The aforesaid acts of negligence on the part of the Defendant was the proximate cause of the injuries sustained by the Plaintiff.

15. Defendant, Lincoln Commons Owner, LLC, its agents, servants, and/or employees did negligently and carelessly breach all of the aforesaid duties by failing to take any measures to recognize the defect, repair the defect, and or warn of the defect in the sidewalk and/or walkway, and as a direct and proximate result of said negligence, the Plaintiff Judith Drainville was caused to fall and sustain severe, permanent, personal serious personal injuries, including but not limited to, a closed fracture of the neck of the left femur, a three-part fracture of the surgical neck of the right humerus and a left humeral fracture, all of which incapacitated her; she has been prevented and will continue to be prevented from carrying on her usual activities; she has suffered, presently suffers and in the future will suffer great pain of body and mind; she incurred, is continuing to incur and will in the future incur great expenses for medical and hospital care and attention.

**WHEREFORE,** Plaintiff, Judith Drainville, demands judgment against the Defendant, Lincoln Commons Owner, LLC, in an amount sufficient to sustain the jurisdiction of the Court and to be determined by the trier fact for compensatory damages, plus interest and costs.

## COUNT II

16. Plaintiffs, hereby incorporate and re-allege each of the above paragraphs one (1) through fifteen (15), as though set forth fully herein.

17. As a direct and proximate result of said fall and the negligence of the Defendant as complained of herein, your Plaintiff, Judith Drainville sustained a loss of homemaker services as the result of being non weight bearing for many months due to hip, and bilateral shoulder injuries. She experienced significant difficulty maintaining her home, as well as

cooking cleaning, and caring for her family, as she ordinarily otherwise would have. Defendant is liable to the Plaintiff for the fair value of homemaker services pursuant to R.I.G.L § 9-1-47.

**WHEREFORE,** Plaintiff, Judith Drainville, demands judgment against the Defendant, Lincoln Commons Owner, LLC, in an amount sufficient to sustain the jurisdiction of the Court and to be determined by the trier fact for compensatory damages, plus interest and costs.

## COUNT III

18. Plaintiffs, hereby incorporate and re-allege each of the above paragraphs one (1) through seventeen (17), as though set forth fully herein.

19. As a direct and proximate result of said fall and the negligence of the Defendant, Lincoln Commons Owner, LLC, as complained of herein, your Plaintiff, Robert Drainville has sustained a loss of society, companionship, and consortium as the result of the tortious injury to his spouse, Judith Drainville and the Defendant is liable to said Plaintiff pursuant to R.I.G.L. §9-1-41 for its acts as complained of herein.

**WHEREFORE**, Plaintiff, Robert Drainville, demands judgment against the Defendant, Lincoln Commons Owner, LLC, in an amount sufficient to sustain the jurisdiction of the Court and to be determined by the trier fact for compensatory damages, plus interest and costs.

**A TRIAL BY JURY IS DEMANDED UPON ALL ISSUES**

Respectfully submitted,
Plaintiffs,
By their Attorneys,

*/s/*   Anthony S. Buglio
Anthony S. Buglio, Esq. (#3015)
Joseph P. Marasco, Esq. (#4655)
Thomas L. Moran, Esq. (#9416)
Marasco & Nesselbush, LLP
685 Westminster Street
Providence, RI 02903
Tel:  (401) 274-7400
Fax: (401) 274-7404
E-mail: abuglio@m-n-law.com
E-mail: jmarasco@m-n-law.com
E-mail: tmoran@m-n-law.com

Dated: January 17, 2023